Nelson Beardsley, Appellant, v. Arthur M. Gaylord and another, Respondents. — Judgment

65h 625
Case 7
169 NY 127

65h 625
Case 7
70 AD 389

## First Department, October Term, 1892.

appealed from affirmed. Opinion by Macomber, J.